

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-20-00082-CR

_____

MICHAEL ALLEN COKER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 8th District Court
Hopkins County, Texas
Trial Court No. 1927358

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Justice Burgess

## MEMORANDUM OPINION

Appellant Michael Allen Coker has filed a motion to dismiss this appeal.  As authorized by Rule 42.2 of the Texas Rules of Appellate Procedure, we grant the motion.  *See* TEX. R. APP. P. 42.2(a).

Accordingly, we dismiss this appeal.

Ralph K. Burgess
Justice

Date Submitted:     September 29, 2020
Date Decided:       September 30, 2020

Do Not Publish